UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANG WEI,<br><br>  Plaintiff,<br><br>vs.<br><br>ALEXION PHARMACEUTICALS, INC., DAVID R. BRENNAN, LUDWIG HANTSON, FELIX J. BAKER, JOHN T. MOLLEN, CHRISTOPHER J. COUGHLIN, FRANCOIS NADER, DEBORAH DUNSIRE, JUDITH A. REINSDORF, PAUL A. FRIEDMAN, ANDREAS RUMMELT, DELTA OMEGA SUB HOLDINGS INC., DELTA OMEGA SUB HOLDINGS INC. 1, DELTA OMEGA SUB HOLDINGS LLC 2, and ASTRAZENECA PLC.<br><br>  Defendants. | Case No.: 1:21-cv-02100-SHS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Gang Wei ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: May 10, 2021

Respectfully submitted,

*/s/ Evan J. Smith*

**BRODSKY SMITH**

Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Counsel for Plaintiff*